AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313–1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. 1116, you are hereby advised that a court action has been filed in the U.S. District Court for the District of Oregon on the following

☐ Trademarks or  ☑ Patents  ( ☐ the patent action involves 35 U.S.C. § 292):

| DOCKET NO.<br>3:13–cv–01296–AC | DATE FILED<br>7/29/2013 | U.S. DISTRICT COURT<br>District of Oregon |
|---|---|---|
| PLAINTIFF<br>SD Holdings LLC | | DEFENDANT<br>Aircraft Owners and Pilots Association (AOPA), Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,640,098 B2 | 12/29/2009 | Stenbock &Everson, Inc |
| 2 | US 8,447,512 B2 | 5/21/2013 | Stenbock |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above–entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above–entitled case, the following decision has been rendered or judgment issued:

DECISION/JUDGMENT

| CLERK<br>MARY L. MORAN | (BY) DEPUTY CLERK<br>C. Brost | DATE<br>7/29/2013 |
|---|---|---|

**Copy 1 Upon initiation of action, mail this copy to Director   Copy 3 Upon termination of action, mail this copy to Director**
**Copy 2 Upon filing document adding patent(s), mail this copy to Director   Copy 4 Case file copy**