AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

SD HOLDINGS, LLC, a Washington corporation )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 3:13-cv-01296-AC
)
Aircraft Owners and Pilots Association (AOPA), Inc. )
)
)
)
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Aircraft Owners and Pilots Association (AOPA), Inc.
421 Aviation Way
Frederick, Maryland 21701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Peter A. Haas, OSB #020552
Peter A. Haas, Esq.
3699 N.W. John Olsen Place
Hillsboro, OR 97124

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN, Clerk of Court

Date: 07/29/2013

By: /s/ C. Brost, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Aircraft Owners & Pilots Assoc. Inc.
was received by me on *(date)* 7/30/13 .

☒ I personally served the summons on the individual at *(place)* 421 Aviation Way
Frederick MD                                       on *(date)* 8/2/13    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Talbot Martin, legal counsel , who is
designated by law to accept service of process on behalf of *(name of organization)* Aircraft Owners
& Pilots Association (AOPA) Inc    on *(date)* 8/2/13 @1530   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/2/13

*Server's signature*

Printed name and title
David Miller, Investigator
Hewett & Associates
PO Box 463
Keedysville, MD 21756
800-776-5069

Additional information regarding attempted service, etc:

Documents include Proposed Summons, Summons, Complaint, Civil Cover Sheet, Civil Case Assignment Order, Patent Report and Exhibits. **R/A Out of town.**

**Peter A. Haas, OSB #020552**
Peter A Haas, Esquire LLC
3699 N.W. John Olsen Place
Hillsboro, OR 97124
Telephone: 503-319-3024
Facsimile: 503-482-7418
Email: peterahaas @flatfee-ip.com

Attorney for Plaintiff,
**SD Holdings, LLC,** a Washington corporation

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| SD HOLDINGS LLC, a Washington corporation, Plaintiff,<br><br>v.<br><br>Aircraft Owners and Pilots Association (AOPA), Inc., a Maryland corporation, Defendant | Civil Action No: 3-13-cv-01296-AC<br><br>PROOF OF SERVICE |

    I, the undersigned, hereby certify that I am over the age of 18 years, employed in the County of Washington, State of Oregon, and not a party to the above-entitled case. On August 2, 2013, a copy of the foregoing *PROOF OF SERVICE OF SUMMONS AND COMPLAINT* was filed by CM/ECF with the Civil Clerk at the Central District of California.
    The following will receive the above-listed documents by U.S. Mail, First Class:

John S. Yodice, Esq.
421 Aviation Way
Frederick, MD 21701
Agent of Service of Process for Aircraft Owners and Pilots Association

Dated: 8/2/2013                  Respectfully submitted,

                                                Peter A. Haas, OR Bar 020552
                                                Attorney for the Plaintiff