**Peter A. Haas, OSB #020552**
Peter A Haas, Esquire LLC
3699 N.W. John Olsen Place
Hillsboro, OR 97124
Telephone: 503-319-3024
Facsimile: 503-482-7418
Email: peterahaas @flatfee-ip.com

Attorney for Plaintiff,
**SD Holdings, LLC,** a Washington corporation

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| SD HOLDINGS LLC, a Washington corporation, Plaintiff,<br><br>v.<br><br>Aircraft Owners and Pilots Association (AOPA), Inc., a Maryland corporation, Defendant | Civil Action No: 3:13-cv-01296-AC<br><br>**CORPORATE DISCLOSURE STATEMENT**<br>**FRCP 7.1** |

Plaintiff, SD Holdings, LLC, does not have a parent corporation. No publically-held company owns more than 5% of Plaintiff's stock.

Respectfully Submitted,
SD Holdings, LLC.

DATED: August 9, 2013          By: **PETER A. HAAS, ESQ.**

_____
Peter A. Haas, OR Bar 020552
Attorney for Plaintiff SD Holdings, LLC.

## PROOF OF SERVICE

      I, the undersigned, hereby certify that I am over the age of 18 years, employed in the County of Washington, State of Oregon, and not a party to the above-entitled case. On August 9, 2013, a copy of the foregoing *CORPORATE DISCLOSURE STATEMENT* was filed by CM/ECF with the Civil Clerk at the Central District of California.

      The following will receive the above-listed documents by U.S. Mail, First Class:

John S. Yodice, Esq.
421 Aviation Way
Frederick, MD 21701
Agent of Service of Process for Aircraft Owners and Pilots Association

Dated: 8/9/2013

Respectfully submitted,

Peter A. Haas, OR Bar 020552
Attorney for the Plaintiff